Order issued September 26, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00307-CV

**JOHN C. FLOOD OF DC, INC., JOHN C. FLOOD, INC.,
AND MELVILLE DAVIS, Appellants**

**V.**

**SUPERMEDIA, L.L.C., Appellee**

## ORDER

The Court has before it appellants' September 24, 2012 unopposed first motion to extend time for filing reply brief. The motion is **GRANTED** and the brief tendered by appellants on September 24, 2012 is **ORDERED** timely filed as of today's date.

MOLLY FRANCIS
JUSTICE